# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLA RABINOWITZ<br>on behalf of herself and<br>all other similarly situated consumers,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>    Defendant(s). | Civil Action No. 1:20-cv-00633-MKB-JO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between counsel for Plaintiff Bella Rabinowitz and Defendant Experian Information Solutions, Inc. ("Experian"), that any and all claims by Plaintiff against Experian in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

Dated: June 24, 2020

| | |
|---|---|
| /s/ Adam Fishbein<br>Adam J. Fishbein<br>Adam J. Fishbein, P.C.<br>735 Central Avenue<br>Woodmere, New York 11598<br>Telephone: (516) 668-6945<br><br>*Attorney for Plaintiff Bella Rabinowitz* | /s/ Kerianne Tobitsch<br>Kerianne Tobitsch<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-8321<br>Facsimile: (212) 755-7306<br>Email: ktobitsch@jonesday.com<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* |

So Ordered
S/MKB
U.S.D.J.
June 25, 2020